UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIMBERLY GHAHRAMANI, et al.,

    Plaintiffs,

-against-

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

    Defendant.

23-CV-10021 (PAC) (BCM)

**INITIAL CASE MANAGEMENT ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

After consultation with the parties, the Court adopts the following case management and scheduling order pursuant to Fed. R. Civ. P. 16:

1. <u>Joinder and Amendment</u>. Amended pleadings may not be filed and additional parties may not be joined except with leave of the Court. Any motion to amend or to join additional parties pursuant to Fed. R. Civ. P. 15(a) will be subject to the "good cause" standard in Fed. R. Civ. P. 16(b)(4).

2. <u>Administrative Record</u>. No later than **March 20, 2024**, defendant shall produce to plaintiffs a full copy of the administrative record. No later than **April 19, 2024**, plaintiffs shall notify defendant, in writing, whether they deem the record complete.

3. <u>Joint Letter</u>. No later than **May 1, 2024**, the parties shall file a joint letter advising whether the parties deem the record complete and/or whether there are any record-related issues; whether any party seeks extra-record discovery; whether the parties seek the Court's assistance in settlement, through either the Court-annexed mediation program or a judicially-supervised settlement conference; and whether any party intends to move for summary judgment, in which case the parties shall propose a briefing schedule.

4. <u>Extensions and Adjournments</u>. Any application for extension or adjournment of the deadlines set forth above must be made by letter-motion, in accordance with this Court's Individual Practices, as soon as the need for the extension or adjournment is reasonably apparent to the party making the application. Applications made after the expiration of the deadline in question may be summarily denied.

Dated: New York, New York
      March 12, 2024

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**