USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/2/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIMBERLY GHAHRAMANI, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, <br><br> Defendant. | 23-CV-10021 (PAC) (BCM) <br><br> **ORDER** |

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received and reviewed the parties' joint letter dated May 1, 2024 (Dkt. 28), requesting a judicially supervised settlement conference and proposing a briefing schedule for the parties' anticipated cross-motions for "judgment on the record."

The parties' request for a settlement conference is GRANTED. A separate order will issue to schedule the settlement conference.

The parties' proposed briefing schedule is REJECTED. No later than **May 8, 2024**, the parties shall submit a revised proposed briefing schedule that provides for a maximum of four briefs, in the aggregate, with respect to the anticipated cross-motions. The parties may prefer simultaneous moving briefs, followed by simultaneous responding briefs. As another example, the parties may prefer a moving brief by party A, followed by an opposition/cross motion by party B, followed by reply/opposition by party A, followed by a reply by party B. But please do not ask the Court to read more than four briefs in total.

Dated: New York, New York
       May 2, 2024

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**