```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/2/2024__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIMBERLY GHAHRAMANI, et al.,

        Plaintiffs,

-against-

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA, et al.,

        Defendants.

23-CV-10021 (GHW) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed the parties' confidential settlement letters, submitted in advance of the settlement conference scheduled for July 11, 2024. Both sides state in their letters that plaintiff last made a settlement demand in March 2024, and that defendant made a counteroffer in June 2024.

    The parties are reminded that my Settlement Conference Scheduling Order, dated May 2, 2024 (Dkt. 30), requires that, "after receipt of this Order," the parties conduct "at least one good-faith settlement discussion, in person or by telephone," and that "*each* party convey to *each* opposing party at least one good-faith settlement demand or offer." Sched. Order ¶ 2. "Past settlement negotiations may not be relied upon to satisfy this requirement."

    Consequently, it is hereby ORDERED that the parties promptly complete the required pre-conference settlement discussions. Thereafter, but no later than **Tuesday, July 9, 2024, at 5:00 p.m.**, the parties must submit a *joint* supplemental settlement letter to chambers (by email, addressed to Moses_NYSDChambers@nysd.uscourts.gov), confirming that they complied with this Order, providing the date and time of the discussion, and describing the terms of each party's most recent demand or offer.

Dated: New York, New York
       July 2, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**